IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROMAN VELIZ-ONTIVEROS,<br><br>  Defendant.<br>_____ | No.  CR 02-01216-TUC-JMR [BPV]<br><br>**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO QUASH WARRANTS AND/OR FINES OR, IN THE ALTERNATIVE, SENTENCE IN ABSENTIA TO A CONCURRENT TERM** |

The Defendant Roman Veliz-Ontiveros has filed in propria persona a Motion to Quash Warrants and/or Fines or, in the Alternative, Sentence In Absentia to a Concurrent Term. Although the Petition to Revoke Supervised Release (Docket #18) and the Arrest Warrant (Docket #19) are sealed, the Defendant is aware of them.

It is the recommendation of this Court that the District Judge, after his independent review and consideration, enter an Order **DENYING** Defendant Roman Veliz-Ontiveros' Motion to Quash Warrants and/or Fines or, in the Alternative, Sentence In Absentia to a Concurrent Term.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the parties have ten (10) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be filed as CR 02-01216-TUC-JMR.

DATED this 7th day of July, 2006.

_____
Bernardo P. Velasco
United States Magistrate Judge