IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 02-1216 TUC JMR (BPV) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ROMAN VELIZ-ONTIVEROS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and the objections filed by Defendant Veliz-Ontiveros,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated July 7, 2006.

**IT IS FURTHER ORDERED** that Defendant's Motion to Quash Warrants and/or Fines or, in the Alternative, Sentence in Absentia to a Concurrent Term is DENIED.

DATED this 8th day of August, 2006.

_____
John M. Roll
Chief United States District Judge